UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 MAY 20 PM 3: 16
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 1028(a)(3) |
| | ) Possession With Intent to Use |
| KENSON HUNTE, | ) Five or More False Identification |
| SHERYL HENDERSON, | ) Documents |
| MONIQUE LAING, | ) |
| COLBY HART | ) |

CR220-028

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession With Intent to Use Five or More False Identification Documents*
18 U.S.C. § 1028(a)(3)

On or about March 6, 2019, in Glynn County, within the Southern District of Georgia, the defendants,

**KENSON HUNTE,
SHERYL HENDERSON,
MONIQUE LAING, and
COLBY HART,**

did knowingly possess with intent to use unlawfully five or more false identification documents, which identification documents were not issued lawfully for the use of any defendant, to wit: approximately forty-four (44) driver's licenses and identification cards appearing to be issued by and under the authority of various states, the possession of which was in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 1028(a)(3).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1028(b)(5) and (g), and Title 21, United States Code, Section 853.

Upon conviction of the offense in violation of Title 18, United States Code, Section 1028, set forth in Count One of the Indictment, the defendants,

**KENSON HUNTE,**
**SHERYL HENDERSON,**
**MONIQUE LAING,**
**COLBY HART,**

shall forfeit to the United States any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, forty-four (44) false identification documents and four (4) credit cards.

If, as a result of any act or omission of the defendants, any of the property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A True Bill.

_____
Foreperson

*(Additional signatures on next page)*

_____
Bobby L. Christine
United States Attorney

_____
Joshua S. Bearden
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

4